IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),        Case No. 1:02-cr-100(1)

- vs -

JOHN DUNCAN,

        Defendant(s).

## ORDER

The above-captioned case is hereby TRANSFERRED from the docket of The Honorable Walter H. Rice to the docket of The Honorable Michael R. Barrett.

It is so ORDERED.

May 31, 2012

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT